JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS AYALA MARTINEZ,<br><br>           Petitioner,<br><br>    v.<br><br>J. DOERER,<br><br>           Respondent. | Case No. 5:23-cv-00752-PA (SK)<br><br>**JUDGMENT** |

      Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: July 19, 2023

                                        PERCY ANDERSON
                                        United States District Judge